UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                                                        :
EMI IWAIDA,                                             :
                                                        :
                              Plaintiff,                :
                                                        :
              -against-                                 :
                                                        :
CHINESE AMERICAN PLANNING                               :
COUNCIL, INC., et al.,                                  :
                                                        :
                              Defendants.               :
                                                        :
--------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___3/26/2020___

19-cv-8456 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

      In light of the current public health crisis, it is hereby:

      ORDERED that the initial pre-trial conference set for April 10, 2020, is adjourned sine

die.  The parties are directed to meet and confer and, within thirty (30) days, submit a joint letter

and proposed case management plan and scheduling order for the Court's review.  In the parties'

joint letter, the parties shall apprise the Court of any case-related issues that warrant immediate

attention.  The parties shall also update the Court on the status and progress of mediation in this

case.

SO ORDERED.

Dated: March 26, 2020
       New York, New York

                                    _____
                                    Vernon S. Broderick
                                    United States District Judge